UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>        Plaintiff,<br><br>    v.<br><br>HARBOR VIEW HOTELS INC.,<br><br>        Defendant. | 21-cv-01080-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
VINCE CHHABRIA
United States District Judge